# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUSTIN JAMES BARRAL,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 82400

FILED

MAY 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed.

It is so ORDERED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:   Hon. Cristina D. Silva, District Judge
      Dustin James Barral
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

21-13904